## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 9, 2013**

Mr. Elroy L Johnson
1010 Wolfe Street
Apt. 714
Little Rock, AR 72202

> Re:    *Accettullo, et al v. Pfizer Inc et al*, 4:06-cv-00341-BRW

Dear Mr. Johnson:

On November 5, 2013, I entered an Order that reads, in part:

> (5) by 5 p.m., Thursday, December 5, 2013, the remaining plaintiff, Mr. Elroy
> Johnson, must amend his complaint to remove unrelated plaintiffs and claims.
> Failure to do so may result in dismissal of his case.[1]

You did not file an amended complaint by the deadline.

If you do not file an amended complaint by 5 p.m., Tuesday, December 17, 2013, I will dismiss your case.

Cordially,

/s/ Billy Roy Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1]Doc. No. 19.